|   |   |
|---|---|
| 1 | |
| 2 | |

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CAROL WILLIAMS, an individual, | |
|---|---|
| Plaintiff, | NO. 2:19-cv-01696 DWC |
| v. | |
| CITY OF FEDERAL WAY, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE ("USPS"), ALLIED RESIDENTIAL, INC., and, MULTI-SERVICE CENTER, | STIPULATION AND ORDER DISMISSING PARTY AND GRANTING PLAINTIFF LEAVE TO FILE HER AMENDED COMPLAINT FOR DAMAGES |
| Defendants. | |

**WHEREAS** On October 23, 2019, Plaintiff CAROL WILLIAMS filed her Complaint for Damages against CITY OF FEDERAL WAY, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE ("USPS"), ALLIED RESIDENTIAL, INC., and, MULTI-SERVICE CENTER, in this matter.

**WHEREAS** The Corporate Disclosure Statement of ALLIED RESIDENTIAL, INC., and, MULTI-SERVICE CENTER, has identified MSC G.P. TWO APARTMENTS, LLC, as a necessary party to this action.

**WHEREAS** Defendant MULTI-SERVICE CENTER should be dismissed from this action.

**WHEREAS** a copy of the Plaintiff's Proposed Amended Complaint for Damages is attached hereto as **Exhibit A**.

**IT IS HEREBY STIPULATED** by the parties, through their respective attorneys of record, that good cause exists to:

1. Grant Plaintiff leave to file her Amended Complaint for Damages.
2. Dismiss Defendant MULTI-SERVICE CENTER from this action.

DATED to this 3rd day of April, 2020.

/s/ Jason Murphy
Jason Murphy, WSBA# 50605
Peter M. Schneider, WSBA# 43131
Driggs Bills & Day, PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
Email: jmurphy@advocates.com
Phone: 206-607-9098
*Attorneys for Plaintiff*

/s/ Thomas B. Nedderman
Thomas B. Nedderman, WSBA# 28944
Floyd, Pflueger & Ringer P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
Email: tnedderman@floyd-ringer.com
Phone: 206-441-4455
*Attorney for Defendant City of Federal Way*

/s/ Eric Rhoades
J. Ryan Call, WSBA# 32815
Eric Rhoades, WSBA# 45456
City of Federal Way
33325 8th Avenue South
Federal Way, WA 98003
Email: ryan.call@cityoffederalway.com
Phone: 253-835-2572
*Attorneys for Defendant City of Federal Way*

| | |
|---|---|
| 1 | */s/ Barret Schulze*_____ |
| | Barret Schulze, WSBA# 45332 |
| 2 | Eron Cannon, WSBA# 42706 |
| | FARVOS Law |
| 3 | Spillane, PLLC |
| 4 | 701 Fifth Avenue, Suite 4750 |
| | Seattle, WA 98104 |
| 5 | Email: barret@favros.com |
| | Phone: 206-749-0094 |
| 6 | *Attorneys for Defendant Allied Residential, Inc.* |
| 7 | *and Multi-Service Center* |
| 8 | /s Kristin B. Johnson_____ |
| | KRISTIN B. JOHNSON WSBA# 28189 |
| 9 | Assistant United States Attorney |
| 10 | 700 Stewart Street, Suite 5220 |
| | Seattle, WA 98101-1271 |
| 11 | Telephone No. (206) 553-7970 |
| | Fax No. (206) 553-4073 |
| 12 | E-mail kristin.b.johnson@usdoj.gov |
| 13 | *Attorney for the United States* |

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing to exist to grant the stipulation.

**IT IS HEREBY ORDERD**

1. Plaintiff is granted leave to file her Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit A**. Existing Defendants responsive pleadings shall be due fourteen (14) days after the Amended Complaint for Damages is filed and served. After Plaintiff's Amended Complaint for Damages is filed, Plaintiff shall present a summons for Defendant MSC G.P. TWO APARTMENTS, LLC, to the Clerk for signature and seal and shall serve Defendant MSC G.P. TWO APARTMENTS, LLC, in the manner prescribed by FRCP 4.

2. Defendant MULTI-SERVICE CENTER is dismissed without prejudice.

DATED this 13th day of April, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented By:

/s/ Jason Murphy
Jason Murphy, WSBA# 50605
Peter M. Schneider, WSBA# 43131
Driggs Bills & Day, PLLC
2125 Western Avenue, Suite 500
Seattle, WA 98121
Email: jmurphy@advocates.com
Phone: 206-607-9098
*Attorneys for Plaintiff*