1
2
3
4
5

UNITED STATES DISTRICT COURT
6
WESTERN DISTRICT OF WASHINGTON
7
AT SEATTLE

8  CAROL WILLIAMS,

9                          Plaintiff,          CASE NO. C19-1696-RSM-DWC

10        v.                                   **ORDER ADOPTING REPORT AND**
                                               **RECOMMENDATION**
11  CITY OF FEDERAL WAY, *et al.*,

12                          Defendants.

13

14          Having reviewed the Report and Recommendation of the Honorable Judge W. Christel,

15  United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

16          (1)     The Court ADOPTS the Report and Recommendation, Dkt. #43.

17          (2)     Defendants United States Postal Service and United States of America's Motion

18  to Dismiss, Dkt. #35, is GRANTED.  Defendants are DISMISSED from this matter with

19  prejudice.

20          (3)     The Clerk is directed to send copies of this Order to the parties and to Judge

21  Christel.

22  //

23  //

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

Dated this 8th day of January, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2